RECEIVED
APR 2 4 2024
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:24-cr-030 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| BRYAN MICHAEL VANNAUSDLE, | ) | T. 18 U.S.C. § 1470 |
| | ) | T. 18 U.S.C. § 2251(a) |
| Defendant. | ) | T. 18 U.S.C. § 2251(e) |
| | ) | T. 18 U.S.C. § 2252(a)(2) |
| | ) | T. 18 U.S.C. § 2252(a)(4)(B) |
| | ) | T. 18 U.S.C. § 2252(b)(1) |
| | ) | T. 18 U.S.C. § 2252(b)(2) |
| | ) | T. 18 U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Sexual Exploitation of a Minor)

On or about November 14, 2023, in the Southern District of Iowa, the defendant, BRYAN MICHAEL VANNAUSDLE, did knowingly use, persuade, induce, entice, and coerce, and attempt to use, persuade, induce, entice, and coerce, a minor, that is, any person under the age of eighteen years to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2) for the purpose of producing a visual depiction of such conduct in that the defendant, BRYAN MICHAEL VANNAUSDLE, did knowingly use, persuade, induce, entice, and coerce, and attempt to use, persuade, induce, entice, and coerce, Minor Victim #1 to video record said minor engaging in sexually explicit conduct and knowing said visual depictions would be transported in interstate commerce or produced, captured, and saved using materials that had been mailed, shipped, or transported

in interstate or foreign commerce by any means.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>
(Receipt of Child Pornography)

On or about November 14, 2023, in the Southern District of Iowa, the defendant, BRYAN MICHAEL VANNAUSDLE, knowingly received visual depictions that had been shipped and transported in interstate or foreign commerce, by any means including by computer, the producing of such visual depictions having involved the use of a minor, that is, any person under the age of eighteen years, engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and said visual depictions being of such conduct.

This is a violation of Title 18, United States Code, Section 2252(a)(2) and 2252(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Possession of Child Pornography)

On or about March 7, 2024, in the Southern District of Iowa, the defendant, BRYAN MICHAEL VANNAUSDLE, knowingly possessed one or more matters which contained visual depictions that had been shipped and transported in interstate and foreign commerce, by any means including by computer, the producing of such visual depictions having involved the use of a minor, that is, any person under the age of eighteen years, engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and said visual depictions being of such conduct.

This is a violation of Title 18, United States Code, Section 2252(a)(4)(B) and 2252(b)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
### (Transfer of Obscene Material to a Minor)

On or about November 14, 2023, in the Southern District of Iowa, the defendant, BRYAN MICHAEL VANNAUSDLE, by using a facility and means of interstate and foreign commerce, did knowingly transfer, and attempt to transfer obscene matter to another individual who had not attained the age of 16 years, namely, Minor Victim #1.

This is a violation of Title 18, United States Code, Section 1470.

THE GRAND JURY FINDS:

NOTICE OF FORFEITURE

Upon conviction of the offenses alleged in Counts 1, 2, 3 and/or 4 of this Indictment, the defendant, BRYAN MICHAEL VANNAUSDLE, shall forfeit to the United States his interest in the following property:

a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received or possessed in violation of Title 18, United States Code, Chapter 110.

b. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense including an Apple A2649 iPhone 14.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Shelly Sudmann
Assistant United States Attorney